UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT JOSEPH SMITH,**

    Petitioner,

v.                                          Case No.:  3:13cv446/MCR/EMT

**MICHAEL D. CREWS,**

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated June 3, 2014 (doc. 25).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a de novo determination of the timely filed objections (*see* doc. 27).

    Having considered the Report and Recommendation, and the timely filed objections, the Court concludes that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    The Petition for Writ of Habeas Corpus (doc. 1) is **DENIED**.

    3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 29th day of December, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**